DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| | | | |
|---|---|---|---|
| 070P16 | State v. Nicolas Olivares Pineda | 1. State's Motion for Temporary Stay (COA15-800) | 1. Allowed **03/04/2016** Dissolved **06/09/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Special Order |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| 071P16 | State v. Ronald Anthony Miller | Def's PDR Under N.C.G.S. § 7A-31 (COA15-162) | Denied |
| 072P16 | Christina D'Alessandro v. Adam D'Alessandro | 1. Def's Motion for Temporary Stay (COA15-357) | 1. Allowed; Existing Bond Extended **03/07/2016** Dissolved **06/09/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 083P16 | State v. Nashid Porter | Def's *Pro Se* Motion to Dismiss -- Grounds Applicable to All Criminal Proceedings | Dismissed |
| 086A16 | In the Matter of Kay Frances Redmond, by and through Linda Nichols, Administratrix of the Estate of Kay Frances Redmond, Claim for Compensation Under the North Carolina Eugenics Asexualization and Sterilization Compensation Program | 1. Claimant's Notice of Appeal Based Upon a Dissent (COA15-763) | 1. — |
| | | 2. Claimant's PDR as to Additional Issues | 2. Denied |
| | | 3. Claimant's Motion to Consolidate Appeals | 3. Allowed |
| | | 4. State's Notice of Appeal Based Upon a Dissent | 4. — |
| | | 5. State's PDR as to Additional Issues | 5. Allowed |
| | | 6. State's Motion to Consolidate Appeals | 6. Allowed |